| | |
|---|---|
| 1 | Leslie Burns (SBN 276687) |
| 2 | Carolyn E. Wright (SBN 263960) |
|   | Law Office of Carolyn E. Wright, LLC |
| 3 | P.O. Box 430 |
| 4 | Glenbrook, NV 89413 |
|   | (619) 798-8186 (telephone) |
| 5 | (775) 580-7322  (facsimile) |
| 6 | Email: leslie@photoattorney.com |
|   | Email: carolyn@photoattorney.com |
| 7 | Attorneys for Plaintiff |

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA SMART, an individual, | |
| Plaintiff, | CASE No.: 3:15-cv-01619-LAB-MDD |
| vs. | |
| GREGORY STEINKE, an individual, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| and | |
| ALPS PUBLISING COMPANY, a California corporation, | |
| and | |
| DOES 1 through 10 | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the terms of the settlement agreement between them, the parties, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action in its entirety, with each party

bearing its own costs.

Dated: December 31, 2015        s/Leslie Burns
                                Leslie Burns
                                Law Office of Carolyn E. Wright, LLC
                                Attorneys for Plaintiff
                                Jennifer Rondinelli Reilly

Dated: December 31, 2015        [signature]
                                James F. Holtz
                                Stutz Artiano Shinoff & Holtz
                                Attorneys for Defendants Gregory Steinke
                                and ALPS Publishing Company

## Certificate of Service

I certify that I have this day served a copy of the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to registered CM/ECF users.

This 31th day of December, 2015.

                                          Respectfully submitted,

                                        s/Leslie Burns
                                        Leslie Burns
                                        Attorney of Record for Plaintiff
                                                  Sheila Smart